# UNITED STATES DISTRICT COURT
for the
District of Nevada

_____Southern____ Division

Justin Weible

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

1-A

**Defendant's**

State of Nevada
City of Las Vegas
Las Vegas Metropolitan Police Department
Robert Murphy
Matthew Kravitz
J. Barr# 15312
Danny Cordero
Alyxa Lamboo
Lucas Marshall
Craig Lancaster Jr.
Joseph Bowers
K. Folkins P# 15104
Clark County
Henderson Police Department
Henderson Fire Department
University Medical Center
Doe #1 (Doctor Doe #1)
Doe #2 (Doctor Doe #2)
The United States

1-A

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Justin Weible |
| Address | 1132 Jesse Harbor Ave |
| | Henderson, NV 89014 |
| | City / State / Zip Code |
| County | Clark County |
| Telephone Number | 725-252-5858 |
| E-Mail Address | Jweible22@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | State of Nevada |
| Job or Title (if known) | |
| Address | 555 E Washington Ave #3900 |
| | Las Vegas, NV 89014 |
| | City / State / Zip Code |
| County | Clark County |
| Telephone Number | 702-486-3420 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | City of Las Vegas |
| Job or Title (if known) | |
| Address | 555 E Washington Ave #3900 |
| | Las Vegas, NV 89014 |
| | City / State / Zip Code |
| County | Clark County |
| Telephone Number | 702-486-3420 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3
Name: Las Vegas Metropolitan Police Dept
Job or Title (if known):
Address: 400 S M.L.K. Blvd
City: Las Vegas    State: NV    Zip Code: 89106
County: Clark County
Telephone Number: 702-828-3111
E-Mail Address (if known):

[ ] Individual capacity    [✓] Official capacity

Defendant No. 4
Name: Robert Murphy
Job or Title (if known): Police Officer P#15664
Address: 400 S M.L.K. Blvd
City: Las Vegas    State: NV    Zip Code: 89106
County: Clark County
Telephone Number: 702-828-3111
E-Mail Address (if known):

[✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

In violation of Plaintiffs 4th Amendment, 5th Amendment, 8th Amendment and 14th Amendment, Unlawful Arrest, Excessive Force, Police Brutality, Assault, Battery, Prejudice, Legal Malpractice, Grand Larceny, Malicious Prosecution, Negligence, False Statements, Perjury and Judicial Misconduct.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant 5
Matthew Kravitz P# 15346
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 6
J. Barr P# 15312
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 7
Danny Cordero P# 13963
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 8
Alyxa Lamboo P# A18678L
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 9
Lucas Marshall P# 13755
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 10
Craig Lancaster Jr. P# C18705L
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 11
Joseph Bowers P# 15068
400 S M.L.K. Blvd,
Las Vegas, NV 89106

Defendant 12
K. Folkins P# 15104
400 S M.L.K. Blvd,
Las Vegas, NV 89106

3-A

Defendant 13
Clark County
555 E Washington Ave #3900
Las Vegas, NV 89101


Defendant 14
Henderson Police Department
555 E Washington Ave #3900
Las Vegas, NV 89101


Defendant 15
Henderson Fire Department
555 E Washington Ave #3900
Las Vegas, NV 89101


Defendant 16
University Medical Center
1800 W Charleston Blvd,
Las Vegas, NV 89102


Defendant 17
Doe #1 (UMC Doctor Doe #1)
University Medical Center
1800 W Charleston Blvd,
Las Vegas, NV 89102


Defendant 18
Doe #1 (UMC Doctor Doe #2)
University Medical Center
1800 W Charleston Blvd,
Las Vegas, NV 89102


Defendant 19
The United States
Office of the Solicitor General
950 Pennsylvania Ave., NW
Washington, DC 20530

3-B

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached 4-A, 4-B, 4-C

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

6560 Bucking Horse Ln Unit 102, Henderson NV 89014 and
1201 W Warm Springs Rd, Henderson, NV 89014

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 10, 2021 at approximately 11:01 AM until October 25, 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached 4-D, 4-E

### State of Nevada

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements, Malicious prosecution and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United States Constitution.

### City of Las Vegas

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements, malicious prosecution and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United States Constitution.

### Las Vegas Metropolitan Police Department

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United States Constitution. They're the Entity that employs the peace officers and police whom they train or due to lack of competency, training, procedures, and customs committed these absurd crimes.

### Robert Murphy

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

### Matthew Kravitz

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

### J. Barr# 15312

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**Danny Cordero**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**Alyxa Lamboo**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**Lucas Marshall**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**Craig Lancaster Jr.**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**Joseph Bowers**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**K. Folkins P# 15104**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United State Constitution.

**Clark County**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements, malicious prosecution and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United States Constitution.

**Henderson Police Department**

Acted Under color of Law 18 U.S.C. 242 due to negligence and by using excessive force, unlawful arrest, assault, battery, perjury, false statements and depriving plaintiff of his life and liberty in violation of the 4th, 5th, 8th and 14th Amendments of the United States Constitution. They're the Entity that employs the peace officers who assisted The Las Vegas Metropolitan Police Department in the unlawful arrest and police department whom they train or due to lack of competency, training, procedures, and customs committed these absurd crimes.

**Henderson Fire Department**

Acted Under color of Law 18 U.S.C. 242 due to negligence, cruel and unusual punishment, assault, battery and medical malpractice that placed the plaintiff in harm by the Las Vegas Metropolitan Police Department instead of medical attention depriving plaintiff of his life and liberty in violation of the 4th, 5th, 5th and 14th Amendments of the United States constitution.

**University Medical Center**

Acted Under color of Law 18 U.S.C. 242 due to negligence, cruel and unusual punishment, assault, battery and medical malpractice that placed the plaintiff in harm by the Las Vegas Metropolitan Police Department instead of medical attention depriving plaintiff of his life and liberty in violation of the 4th, 5th, 5th and 14th Amendments of the United States constitution.

**Doe #1 (UMC Doctor Doe #1)**
Acted Under color of Law 18 U.S.C. 242 due to negligence, cruel and unusual punishment, assault, battery and medical malpractice that placed the plaintiff in harm by the Las Vegas Metropolitan Police Department instead of medical attention depriving plaintiff of his life and liberty in violation of the 4th, 5th, 5th and 14th Amendments of the United States constitution.

**Doe #2 (UMC Doctor Doe #2)**

4-C

**Statement of Claim**

On August 10, 2021 at approximately 11:01 AM, I Justin Weible the plaintiff was eating breakfast at Denny's while eating breakfast I was being harassed by Police officer for the Las Vegas Metropolitan Police Department, They were claiming and alleging that I committed crimes at my residence in violation of a non-existing temporary protective order and destruction of property, They were accusing me of misdemeanor crimes of breaking a window to my own house and destruction of property of my Mother Shirley Weible's vehicle parked outside my residence. As I was eating dinner I sent a text message to my wife about my location at Denny's at 1201 W Warm Springs Rd, Henderson, NV 89014.

When I was just about to pay for my meal and leave, I looked behind me through the window and noticed multiple Henderson Police Department vehicles surrounding my vehicle. They were hunting me down as if I committed serious crimes or murdered someone. I became scared for my life, harassed, and panicked, I tried to exit the building through the back emergency exit, When I exited the door, the alarm sounded. I looked over to my right towards my vehicle and Henderson Police officers were running at me. I then had no choice but to run for the safety of my life and to not be assaulted or murdered by the Henderson Police Department and/or Las Vegas Metropolitan Police Department.

I was running away from the officers that placed me in harm by running through the middle of the intersection of Warm Springs and Marks St. dodging moving vehicles while an officer pursued to chase me while pointing a taser. I was eventually forced to stop before being tazed in front of a business on the north-east corner of the parking lot where I was assaulted and unlawfully arrested by Las Vegas Metropolitan Police outside of their jurisdiction in Henderson, NV. The Las Vegas Metropolitan Police Department and Henderson Police Department used excessive force without any substantial evidence or probable cause to commit battery, harass, assault, and unlawfully apprehend plaintiff Justin Weible.

Shortly after I was detained the Las Vegas Metropolitan Police Department contacted the Henderson Fire Department who then proceeded to harm and assault me while handcuffed with Las Vegas Metropolitan Police present and transported plaintiff to the University Medical Center. While arriving at the hospital I was taken to an unknown location with multiple police officers present and handcuffed behind my back and strapped to a gurney. The hospital and medical staff proceeded to use excessive force, assault, torture and inflict cruel and unusual punishment, medical malpractice and negligence by drugging and using syringes against plaintiff Justin Weible's will. I believe I was drugged with ketamine or unknown substances by unknown Doctors ("Doctor Doe #1 and Doe #2") and eventually knocked unconscious.

4-D

When I came to or woke up at the University Medical Center I was transported and booked into Clark County Detention Center, I was unlawfully detained, placed in a holding cell with 20 other inmates and at high risk of catching the virus covid-19. When I was placed into a quarantine holding cell around August 15, 2021, for 72 hours (about 3 days) I was assaulted by an inmate that was housed in my cell, when he tried to pull me off the top bunk and removed my pants, I was forced to defended myself in self-defense. The Clark County Detention Center never proceeded to report or charge the inmate with a crime to my knowledge, and he was placed in another housing unit.

I was unlawfully detained and deprived of life and liberty in violation of the 4th, 5th, 8th and 14th amendments of the United States constitution, Cruel and unusual punishment, and endured an extensive amount of pain and suffering, bodily harm, and emotional distress from August 10, 2021 until October 25, 2021 when all cases were dismissed by the Las Vegas justice court judge.

4-E

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pain and suffering, emotional distress, financial harm, legal fees, embarrassment, defamation of character and my civil rights were violated.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A. Restore my rights;

B. Compensate $10,000,000.00 for compensatory, monetary, actual and punitive damages;

C. Appropriate injunctive relief, including the implementation of training protocols and knowledge to prevent and effectively discipline the conduct complained of herein;

D. An orders granting such relief as this court deems justified and proper:

E. A jury trial on all appropriate issues;

F. An award of costs and expenses against the Defendants;

G. Any and all other relief this court deem appropriate;

H. Appoint counsel or be referred to the Federal Court pro bono program to have the right to effective counsel and jury trial as demanded

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/25/2023

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Justin Weible

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                      City             State           Zip Code

Telephone Number

E-mail Address