UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Justin John Weible,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>State of Nevada, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01754-APG-DJA<br><br>**Report and Recommendation** |

　　　　The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint pursuant to 28 U.S.C. § 1915. (ECF No. 3). In doing so, the Court found that Plaintiff's complaint was deficient. (*Id.*). As a result, the Court dismissed Plaintiff's complaint on December 14, 2023 and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed on or before January 12, 2024. (*Id.*). Plaintiff missed that deadline.

　　　　On April 3, 2024, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal of Plaintiff's case for Plaintiff's failure to prosecute his action or comply with the Court order to amend the complaint. (ECF No. 5). The Court gave Plaintiff until May 2, 2024 to file a response to that order. (*Id.*). In that order, the Court warned Plaintiff that "[f]ailure to comply with this order will result in a recommendation that this case be dismissed." (*Id.*). To date, Plaintiff has not filed anything further in his case.

　　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

///

///

///

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: May 7, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE