# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN WEIBLE,<br><br>　　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-01754-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

　　　On May 7, 2024, Magistrate Judge Albregts recommended that I dismiss this case without prejudice because plaintiff Justin Weible did not amend the complaint by the given deadline and did not respond to Judge Albregts' order to show cause why he should not recommend dismissal. ECF No. 6. Weible did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 6) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

　　　DATED this 24th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE